UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Raymond Miller                  Case No.   08-31274-DOF

                                          Chapter    13

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of Seven hundred one and 86/100 dollars ($701.86) of unclaimed funds held in the U.S. Treasury to:

                       GE Capital Retail Bank
                       c/o Dilks & Knopik, LLC
                       35308 SE Center Street
                       Snoqualmie, WA  98065

Signed on January 27, 2014

                                    /s/ Daniel S. Opperman
                                    Daniel S. Opperman
                                    United States Bankruptcy Judge